IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY WILLIAMS,

        Plaintiff,

v.

SCOTT THOMPSON, *et al.*,

        Defendants.

Case No. 20-cv-290-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court for case management purposes. Percy Myers and Nurse Billie were issued waivers of summons on May 11, 2020 (Doc. 10). On May 13, 2020, they returned those waivers, and their Answers were due July 10, 2020 (Docs. 13 and 14). As of this date, the defendants have failed to move, answer, or otherwise plead in response to the Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a). Accordingly, the Court **ORDERS** as follows:

(1)   The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants Percy Myers and Nurse Billie in accordance with Federal Rule of Civil Procedure 55(a).

(2)   Plaintiff is **ORDERED** to move for default judgment against Defendants on or before **August 3, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

(3)   If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to Defendants Percy Myers and Nurse Billie for failure to prosecute and/or failure to

      comply with an order of the Court.

(4)     The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to Defendants Percy Myers and Nurse Billie.

**IT IS SO ORDERED.**

**DATED:**   July 13, 2020

                                        *s/ Nancy J. Rosenstengel*
                                        **NANCY J. ROSENSTENGEL**
                                        **Chief U.S. District Judge**